# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Pannell, Charles A. | 2. Court or Organization<br><br>District Court-N.D.of Georgia | 3. Date of Report<br><br>06/26/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.District Judge (senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

2367 U. S. Courthouse
75 Ted Turner Dr., S.W.
Atlanta, Georgia 30303-3309

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Executor | Estate No. 1 |
| 2. | Operator | Farm #1 |
| 3. | Co-Executor | Estate No. 2 |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 06/26/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Association of County Commissioners of Georgia Pension Trust | $1,347.72 |
| 2. 2017 | Georgia Judicial Retirement System | $92,092.02 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Teachers Retirement System of Georgia (defined benefits) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 06/26/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 06/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Timberland,     , 1/3 Interest | | None | O | W | | | | | |
| 2. Rental Property #1,      | | None | J | W | | | | | |
| 3. Estate #1 (H) | | | | | | | | | |
| 4. -Farm #1      | C | Rent | | | Distributed | 05/19/17 | P1 | | |
| 5. - First National Bank (Savings Accounts and CDs) | A | Interest | | | Closed | 04/10/17 | K | | |
| 6. - Cohutta Bank Account | A | Interest | J | T | Distributed (part) | 04/17/17 | K | | See Note |
| 7. Brokerage Account #2 American Funds (H) | | | | | | | | | Closed on 4/24/17 |
| 8. - American Funds - Investment Company of America (AIVSX) | B | Dividend | | | Sold | 04/24/17 | K | D | |
| 9. - American Funds - Growth Fund of America (AGTHX) | B | Dividend | | | Sold | 04/24/17 | K | D | |
| 10. - American Funds - Small Cap World Fund (SMCWX) | A | Dividend | | | Sold | 04/24/17 | J | C | |
| 11. - American Funds - New World Fund (NEWFX) | A | Dividend | | | Sold | 04/24/17 | J | D | |
| 12. - American Funds - EUPAC (AEPGX) | A | Dividend | | | Sold | 04/24/17 | J | C | |
| 13. -American Funds Bond Fund of America (ABNDX) | A | Dividend | | | Sold | 04/24/17 | K | C | |
| 14. -American Funds High Income (AHITX) | A | Dividend | | | Sold | 04/24/17 | J | | Loss |
| 15. Brokerage Account #3 Fidelity Investments (H) | | | | | | | | | |
| 16. -Money Market, Fidelity Investments Cash Account | A | Interest | L | T | | | | | |
| 17. -Tyson Foods (TSN) | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 06/26/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Synous Common Stock (SNV) | A | Dividend | K | T | | | | | |
| 19. -Apple, In (AAPL) | A | Dividend | K | T | | | | | |
| 20. -Costco Wholesale Corp. (COST | A | Dividend | K | T | | | | | |
| 21. -Middleby Corp. (MIDD) | | None | J | T | | | | | |
| 22. -Suntrust Bank (STI) | A | Dividend | K | T | | | | | |
| 23. -Tractor Supply co. (TSCO) | A | Dividend | J | T | | | | | |
| 24. -Align Tech (ALGN) | | None | J | T | | | | | |
| 25. -Disney (DIS) | A | Dividend | J | T | | | | | |
| 26. -Tesla Motors (TSLA) | | None | J | T | | | | | |
| 27. -Cerner Corp (CERN) | | None | J | T | | | | | |
| 28. -Cummings (CMI) | A | Dividend | J | T | | | | | |
| 29. -Fidelity Select Banking Portfolio (FSRBX) | A | Dividend | J | T | | | | | |
| 30. -Merck (MRK) | A | Dividend | J | T | | | | | |
| 31. -Natus Medical Inc. (BABY) | | None | J | T | | | | | |
| 32. -Total Systems Svcs (TSS) | A | Dividend | L | T | | | | | |
| 33. -Fidelity Money Market (SPRX) | A | Dividend | M | T | Buy | 06/30/17 | K | | |
| 34. | | | | | Buy | 12/13/17 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Pannell, Charles A. | 06/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Roth IRA #2 Fidelity Investments Cash Reserves | A | Interest | | | Redeemed | 04/17/17 | J | A | |
| 36. Farm #2, _____, limited interest | | None | L | W | | | | | |
| 37. Estate 2 (H) | | | | | | | | | |
| 38. -First National Bank (CDs and Checking) | A | Interest | K | T | | | | | |
| 39. -Suntrust Bank (money market and checking) | A | Interest | | | Closed | 04/11/17 | J | | |
| 40. -House, Fulton County, Georgia | | None | | | Sold | 04/17/17 | O | | John Pemberton |
| 41. -Farm #2, _____ partial ownership | B | Rent | | | Distributed | 05/19/17 | K | | |
| 42. -Timberland, _____ | | None | | | Distributed | 05/19/17 | L | | |
| 43. -Cohutta Checking Acct | A | Interest | | | Distributed | 05/19/17 | J | | |
| 44. Rollover IRA Commonwealth Financial Network (H) | | | | | | | | | |
| 45. -Bank Deposit Sweep Program (QPRMQ) | A | Interest | J | T | Distributed (part) | 09/15/17 | J | | See Note |
| 46. -Mainstay Funds High Yield Bond (MHYIX) | A | Dividend | J | T | Sold (part) | 01/12/17 | J | A | |
| 47. -AMCAP CL F2 (AMCFX) | B | Dividend | K | T | Sold (part) | 01/12/17 | J | A | |
| 48. -ARTISAN MID CAP FD (ARTMX) | A | Dividend | J | T | Sold (part) | 01/12/17 | J | | Loss |
| 49. -Oppenheimer Dev Markets (ODVYX) | A | Dividend | J | T | Sold (part) | 01/12/17 | J | | Loss |
| 50. | | | | | Sold (part) | 06/13/17 | J | A | |
| 51. -Templeton Intl Bond (FIBZX) | A | Dividend | J | T | Sold (part) | 01/12/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 06/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Adirondack Small Cap (ADKSX) | A | Dividend | J | T | Sold (part) | 01/12/17 | J | A | |
| 53. -JP Morgan Equity Income (HLIEX) | A | Dividend | K | T | Sold (part) | 01/12/17 | J | | Loss |
| 54. -Invesco Intl Small (IEGYX) | A | Dividend | J | T | Sold (part) | 01/12/17 | J | A | |
| 55. | | | | | Sold (part) | 06/13/17 | J | A | |
| 56. -John Hancock Val Midcap (JVMIX) | A | Dividend | J | T | Sold (part) | 01/12/17 | J | A | |
| 57. -Oakmark Intl (OAKIX) | A | Dividend | K | T | Sold (part) | 01/12/17 | J | | Loss |
| 58. | | | | | Sold (part) | 06/09/17 | J | A | |
| 59. -Fidelity Total Bond (FTBFX) | A | Dividend | | | Sold (part) | 01/12/17 | J | | Loss |
| 60. | | | | | Sold | 06/09/17 | J | | Loss |
| 61. -Columbia Balanced Fund (CBDRX) | A | Dividend | J | T | Sold (part) | 01/12/17 | J | A | |
| 62. -Doubleline Total RT Bond (DLTNX) | A | Dividend | J | T | Sold (part) | 01/12/17 | J | | Loss |
| 63. | | | | | Sold (part) | 06/09/17 | J | | Loss |
| 64. -Lazard Global (GLIFX) | A | Dividend | J | T | Sold (part) | 01/12/17 | J | A | |
| 65. | | | | | Sold (part) | 06/09/17 | J | A | |
| 66. -Nuveen Real Estate Class (FARCX) | A | Dividend | J | T | Sold (part) | 01/12/17 | J | | Loss |
| 67. -AB Global Bond (ANAYX) | A | Dividend | J | T | Buy | 06/08/17 | J | | |
| 68. -Metropolitan West Total Return Class I (MWTIX) | A | Dividend | J | T | Buy | 06/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 06/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wells Fargo Savings Account | A | Interest | J | T | | | | | |
| 70. First National Bank, Accounts Checking and Money Market | A | Interest | L | T | | | | | |
| 71. Cohutta Bank Checking and MMKT | A | Interest | L | T | | | | | |
| 72. Associated Credit Union Money Market and Checking | A | Interest | J | T | | | | | |
| 73. Brokerage Account # 4 Charles Schwab Co. (H) | | | | | | | | | |
| 74. -checking account | A | Interest | J | T | | | | | |
| 75. -NXP Semi Conductors (NXPI) | | None | | | Sold | 06/30/17 | J | B | |
| 76. -Tyson Foods (TSN) | A | Dividend | J | T | | | | | |
| 77. -Tesla Motors (TSLA) | | None | J | T | | | | | |
| 78. -Berkshire Hathaway B (BRK.B) | | None | J | T | Buy | 09/25/17 | J | | |
| 79. -Schwab 1000 Index Fund (SNXFX) | A | Dividend | J | T | Buy | 10/13/17 | J | | |
| 80. -Schwab US Large CAP Growth ETF (SCHG) | A | Dividend | J | T | Buy | 06/30/17 | J | | |
| 81. Parcel 1 - Murray County, Georgia (X) | | None | M | W | | | | | See Note |
| 82. Parcel 2 - Murray County, Georgia | | None | O | W | Buy | 06/09/17 | O | | James L. Pannell |
| 83. Timberland, 1/3 of 36 acres ▓▓▓▓, ▓▓▓▓ (X) | | None | K | W | | | | | See Note |
| 84. Timberland, 1/3 of 36 acres ▓▓▓▓, ▓▓▓▓ | | None | K | W | Buy | 06/09/17 | K | | James L. Pannell |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions: Further clarification to Answer 2 "Operator".

Part VII. INVESTMENTS AND TRUSTS
Line 6 There was a partial distribution of these funds ot the heirs of the estate.
Line 45: IRA Required minmum distribution from IRA Account.
Lines 81 and 83: This was inheritance.

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 06/26/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles A. Pannell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544